# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| R. DENNIS KENNEDY, plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. H-95-3777 |
| PAPPAS RESTAURANTS, INC. and JOHN DOE, defendants | § § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

## ORDER OF NON-SUIT

MAR 26 1996

Michael N. Milby, Clerk

On this 22nd day of March 1996, came on to be heard RANDOLPH DENNIS KENNEDY, Plaintiff's Motion for Non-Suit as to Defendants, DARRELL E. WARD and PAPPAS RESTAURANTS, INC., PAPPADEAUX RESTAURANT, and the Court having considered same and finding it to be in order, it is therefore,

ORDERED, ADJUDGED and DECREED that the cause of action of RANDOLPH DENNIS KENNEDY, plaintiff, be and the same is hereby DISMISSED as to Defendants, DARRELL E. WARD and PAPPAS RESTAURANTS, INC., PAPPADEAUX RESTAURANT, **with prejudice** to Plaintiff's refiling of same against said Defendants.

SIGNED this 22nd day of March, 1996.

JUDGE PRESIDING

Page 3

3

APPROVED AND ENTRY REQUESTED:

_____
G. SCOTT FIDDLER
Federal Bar No. 12508
TBA# 06957750
5959 West Loop South, Suite 150
Bellaire, TX   77401
(713)661-1146
(713)661-6371 FAX
ATTORNEY-IN-CHARGE FOR
PLAINTIFF, RANDOLPH DENNIS KENNEDY

_____
MARY MADIGAN DINAN
Federal Bar No. 5747
TBA# 05883700
5625 FM 1960 West, Suite 307
Houston, TX   77069
(713)440-0102
(713)440-0406 FAX
ATTORNEY-IN-CHARGE FOR DEFENDANT,
PAPPAS RESTAURANTS, INC.